**Fill in this information to identify your case:**

Debtor 1: **Athan Theron Coffey**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number: **2:13-bk-57823**
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **City of Columbus** <br> Description of property securing debt: **All Unencumbered Personal Property** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Retain & Pay** | ☐ No <br> ■ Yes |
| Creditor's name: **Department of the Treasury - IRS** <br> Description of property securing debt: **All Unencumbered Personal Property** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Retain & Pay** | ☐ No <br> ■ Yes |

## Part 2:  List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Athan Theron Coffey** | Case number *(if known)* | **2:13-bk-57823** |

Lessor's name: **Accord Property Solutions LLC**

☐ No
■ Yes

Description of leased Property: **House lease agreement.**

## Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Athan Theron Coffey**
**Athan Theron Coffey**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date  **May 11, 2016**

Date _____

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | * | Case No. 13-57823 | |
| Athan Coffey | | | |
| | * | Judge:  <u>HOFFMAN</u> | |
| Debtor | * | Ch. 7 | |

**CERTIFICATE OF SERVICE FOR STATEMENT OF INTENT**

The undersigned hereby certifies that a copy of the foregoing Debtor's Statement of Intent was served on <u>May 11, 2016</u>, upon the Clients and the creditors or parties of interest listed below.

The following parties were served electronically through the court's ECF System at the email address registered with the court:

U.S. Trustee
William B. Logan, Chapter 7 Trustee

And, the following Creditors/Parties of Interest were served via U.S. Mail:

Creditor/Parties of Interest:

City of Columbus
Division of Income Tax
77 N. Front St.
Columbus, OH 43215

Department of the Treasury - IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Accord Property Solutions LLC
PO Box 736
Reynoldsburg, OH 43068

Date <u>May 11, 2016</u>

*/s/ Michael A. Cox*
Michael A. Cox (0075218)
Guerrieri Cox & Associates
2500 N. High St., Ste 100
Columbus, OH  43202
(614) 267-2871, Fax (614) 267-2873
Counsel for Debtor
coxecf@columbusdebtrelief.com
